IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-31995 |
| | § | |
| COMPLETE DISTRIBUTION | § | CHAPTER 11 |
| SERVICES, INC., | | |
| DEBTOR | § | JUDGE: H. CHRISTOPHER MOTT |

## **ORDER GRANTING MHC FINANCIAL SERVICES' MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY**

CAME ON for consideration in the above styled and numbered case, the Motion for Relief from Automatic Stay Against Property of MHC Financial Services, hereinafter referred to as "Movant";

The Court finds that:

1. Movant did cause to be filed in the above referenced action a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362;

2. Proper notice has been given to affected parties by means of a certificate of mailing, and fourteen (14) days have elapsed since the motion was filed;

3. There are no pending hearings on any timely written responses.

It is, therefore, ORDERED that the Motion for Relief from Automatic Stay Against Property filed by Movant and all relief requested therein is hereby GRANTED.

IT IS FURTHER ORDERED that this order is final upon entry and the fourteen (14) day time period of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

# # #

APPROVED AS TO FORM
AND SUBSTANCE:

OFFERMAN & KING, L.L.P.


BY: /s/ James W. King                .
    JAMES W. KING
    TBA#00791029
    6420 WELLINGTON PLACE
    BEAUMONT, TEXAS  77706
    (409) 860-9000
    (409) 860-9199--FAX

ATTORNEY IN CHARGE FOR MOVANT