# Exhibit E

# TRANSFER ACKNOWLEDGEMENT

Transportation Truck and Trailer Solutions, LLC, with an office at 300 E. John Carpenter Freeway, Suite 510, Irving, TX 75062 ("Transferor") hereby acknowledges and confirms that effective as of 12:00 a.m. on December 1, 2015, Transferor sells, conveys, assigns, transfers and delivers to BMO Harris Bank N.A., its successors and assigns ("Transferee") and Transferee purchases, acquires and accepts all of Transferor's right, title and interest in, to and under, and assumes any liabilities arising from or related to, the accounts listed below (the "Transferred Accounts"), including without limitation, all documents, loans, leases, security agreements, or other instruments, together with any promissory notes, guaranties, property rights, other instruments related thereto, and other writings in any way relating to the Transferred Accounts (the "Financing Documents"), all property and property rights owned by Transferor in connection with its interests in the Transferred Accounts, and any property and property rights held by Transferor as collateral solely for either or both of the payment and performance of certain obligations under the Financing Documents.

| ACCOUNT NUMBER(S) | OBLIGOR |
|---|---|
| ███████5001 | Complete Distribution Services, Inc. |

IN WITNESS WHEREOF, this Acknowledgment has been executed on the date below by the undersigned duly authorized attorney in fact.

**TRANSPORTATION TRUCK AND TRAILER SOLUTIONS, LLC**

By _____
Name: Scott Tankersley
Title: Attorney in Fact

Date: 12-28-2018

CONFIDENTIAL