**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

**In re: Complete Distribution Services, Inc.** §   Case No. 18-31995-HCM
                   §      (Chapter 11)

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND THE CO-DEBTOR
STAY REGARDING TWO 2014 KENWORTHS AND 2016 VOLVO**
**(This Order Resolves Docket # \_\_\_\_)**

  BMO Harris Bank, N.A. ("Movant") filed a motion for relief from the automatic stay against the following collateral (the "Property"):

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2014 | KENWORTH | T660 series | T-660-SERIES: T660 121 BBC CONV CAB SBA TRACTOR 6X4 | 1XKYD49X3EJ406424 |
| 2014 | KENWORTH | T660 series | T-660-SERIES: T660 121 BBC CONV CAB SBA TRACTOR 6X4 | 1XKYD49X9EJ406430 |
| 2016 | VOLVO | VNL-SERIES | VNL-SERIES VNL64T/780 SLPR 189"BBC CONV CAB SBA TRACTOR *6X4* | 4V4NC9EH3GN962102 |

Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

Accordingly, it is ordered that Movant is granted leave from the automatic stay and the co-debtor stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

###

APPROVED AS TO FORM ONLY:

*/s/Ammar Dadabhoy*_____
Signature-Movant's counsel

Name: Ammar Dadabhoy
State Bar No.:24088812
Address: 77 Sugar Creek Center Blvd., Suite 401, Sugar Land, Texas 77478
Telephone: 281-340-2074
Fax: 866-240-0629
e-mail: adadabhoy@wongfleming.com